# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Tepa EC, LLC ) ASBCA No. 60489
)
Under Contract No. W9126G-08-C-0064 )

APPEARANCES FOR THE APPELLANT: Isaias "Cy" Alba IV, Esq.
Michelle E. Litteken, Esq.
PilieroMazza PLLC
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Charles L. Webster III, Esq.
Kendra M. Laffe, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Fort Worth

## OPINION BY ADMINISTRATIVE JUDGE PEACOCK

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $539,682.50. This amount is inclusive of interest. No further interest shall be paid.

Dated: 11 March 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                        I concur

_____                _____
MARK N. STEMPLER                                RICHARD SHACKLEFORD
Administrative Judge                            Administrative Judge
Acting Chairman                                 Vice Chairman
Armed Services Board                            Armed Services Board
of Contract Appeals                             of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60489, Appeal of Tepa EC, LLC, rendered in conformance with the Board's Charter.

Dated:


_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals